IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Criminal Case No. 07-cr-00363-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

3.    NISON MAVASHOV,

        Defendants.

## MINUTE ORDER

BY ORDER OF JUDGE LEWIS T. BABCOCK

     This will confirm that the sentencing hearing regarding Defendant Nison Mavashov is set **Tuesday, April 20, 2010 at 10:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present. A Russian interpreter is required.

Dated: March 29, 2010